Floyd A. WILLIAMS, Petitioner–
Appellant,

v.

Alvin KELLER, Respondent–Appellee.

No. 11–6367.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 30, 2011.

Floyd A. Williams, Appellant pro se.

Before MOTZ, DUNCAN, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Floyd A. Williams seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2006) petition for a writ of
habeas corpus. We dismiss the appeal for
lack of jurisdiction because the notice of
appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in

---

* Because Williams is incarcerated, he is
deemed to have filed the notice of appeal the
date he deposited it in the prison mail system.

a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on June 4, 2010. The notice
of appeal was filed on March 7, 2011.*
Thus, the notice of appeal was filed outside
the thirty-day appeal period. Because
Williams failed to file a timely notice of
appeal or to obtain an extension or reopen-
ing of the appeal period, we dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*

---

Fed. R.App. P. 4(c)(1). According to the cer-
tificate of service, Williams mailed his notice
of appeal on March 7, 2011.